IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CLARIBEL FIGUEROA BAEZ

XXX-XX-8052

Debtor(s)

CASE NO. 12-00423 BKT

Chapter 13

FILED & ENTERED ON 4/7/2014

## O R D E R

TRUSTEE's objection to claim #10 filed by Debtor on behalf of MUEBLERIA LA CIDRENA (docket entry #51), having been duly notified to all parties in interest, and no objections having been filed, it is now

ORDERED that said motion be and it is hereby granted. The claim is allowed as general unsecured.

SO ORDERED.

San Juan, Puerto Rico, this 07 day of April, 2014.

Brian K. Tester
U. S. Bankruptcy Judge

C:  DEBTOR(S)
    ROBERTO FIGUEROA CARRASQUILLO
    ALEJANDRO OLIVERAS RIVERA
    MUEBLERIA LA CIDRENA
    CLAIMS REGISTER