IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CLARIBEL FIGUEROA BAEZ

XXX-XX-8052

CASE NO. 12-00423 BKT
Chapter 13

FILED & ENTERED ON 4/7/2014

Debtor(s)

## ORDER GRANTING WITHDRAWAL OF MOTION

DEBTOR's motion withdrawing the motion for post confirmation modification of chapter 13 plan (docket entry 52) is hereby granted. The hearing scheduled for 5/22/2014 is vacated and set aside.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 07 day of April, 2014.

Brian K. Tester
U. S. Bankruptcy Judge

C: DEBTOR(S)
ROBERTO FIGUEROA CARRASQUILLO
ALEJANDRO OLIVERAS RIVERA